IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DAVID HYMAN, )
)
        Plaintiff, )  TC-MD 130525C
)
  v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
        Defendant. )  **FINAL DECISION**

        The court entered its Decision in the above-entitled matter on January 21, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

        This matter is before the court on the agreement of the parties. On November 15, 2013, Plaintiff filed his Complaint challenging Defendant's Notice of Deficiency Assessment for the 2012 tax year. After reviewing Plaintiff's appeal, Defendant agrees to accept Plaintiff's Oregon return as filed and cancel its Notice of Deficiency Assessment. Because the parties are in agreement, the case is ready for judgment. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION TC-MD 130525C            1

IT IS DECIDED that for tax year 2012, Defendant shall accept Plaintiff's Oregon return as filed and cancel its Notice of Deficiency Assessment dated October 15, 2013, and issue or otherwise credit to Plaintiff a refund with statutory interest, if any.

Dated this ____ day of February 2014.

DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on February 10, 2014. The Court filed and entered this document on February 10, 2014.*